FILED
IN CLERKS OFFICE

2005 FEB -2 P 3: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------- x

PUTNAM, LLC (d/b/a PUTNAM INVESTMENTS),

    Plaintiff,

v.

SPEEDTRADER HOLDING CORP., SPEEDTRADER.COM INC., PUTNAM DIRECT LLC, and PUTNAM FINANCIAL INC.,

    Defendants.

----------------------------------- x

05 10211 RCL

Civil Action No.

RECEIPT # _____
AMOUNT $ 150.00
SUMMONS ISSUED 4
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK M.P.
DATE 2/2/05

MAGISTRATE JUDGE MBB

## COMPLAINT FOR PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF, DAMAGES, COSTS, AND ATTORNEY'S FEES

Plaintiff Putnam, LLC (d/b/a Putnam Investments) ("Putnam"), for its Complaint against defendants SpeedTrader Holding Corp., SpeedTrader.com Inc., Putnam Direct LLC, and Putnam Financial Inc. (collectively "SpeedTrader"), alleges upon personal knowledge with respect to itself and its own acts, and upon information and belief as to all other matters, as follows:

### NATURE OF THE CASE

1.     This action is based upon the willful attempts of SpeedTrader to profit from misappropriating, infringing, and diluting Putnam's strong, very well-known, and highly valuable PUTNAM family of service marks and trademarks. Putnam, which has continuously used PUTNAM and related marks in connection with a wide range of

financial, investment management, retirement and related services since 1937, recently discovered that SpeedTrader has commenced using the names and marks PUTNAM DIRECT and PUTNAM FINANCIAL, as well as the domain names PutnamDirect.com and PutnamFinancial.com, in connection with SpeedTrader's direct access online brokerage and related services. SpeedTrader's unauthorized uses of the PUTNAM mark have caused, and if not preliminarily and permanently enjoined likely will continue to cause, confusion, mistake and deception, and dilution of the distinctive quality and value of Putnam's valuable PUTNAM family of marks.

## PARTIES

2.   Plaintiff Putnam is a Delaware limited liability corporation with its principal place of business at One Post Office Square, Boston, Massachusetts.

3.   Defendant SpeedTrader Holding Corp. is incorporated under the laws of the State of New York and has its principal place of business in Mahopac, New York.

4.   Defendant Speedtrader.com Inc. is incorporated under the laws of the State of New York and has its principal place of business in Mahopac, New York.

5.   Defendant Putnam Direct LLC is incorporated under the laws of the State of New York and has its principal place of business in Carmel, New York.

6.   Defendant Putnam Financial Inc. is incorporated under the laws of the State of New York, has its principal place of business in Mahopac, New York, and is a successor in interest to SpeedTrader Holding Corp.

## JURISDICTION AND VENUE

7.      The Court has jurisdiction over the federal claims under 15 U.S.C. § 1121 (trademarks) and 28 U.S.C. §§ 1331 (federal question), 1332 (diversity of citizenship), and 1338(a) (trademarks and unfair competition). The Court has jurisdiction over the state law claims under 28 U.S.C. §§ 1338(b) (joinder) and 1367 (supplemental jurisdiction).

8.      Venue is proper in this District under 28 U.S.C. § 1391 because SpeedTrader is licensed in and solicits, transacts, and is doing business within the Commonwealth of Massachusetts and within this District, and therefore is subject to personal jurisdiction in this District.

## FACTS COMMON TO ALL CLAIMS

### The Fame of the Putnam Marks

9.      Putnam has used the PUTNAM mark continuously in the marketing of financial services since 1937. Today, Putnam has approximately $213 billion in assets under management, nearly 300 institutional clients, and over 12 million shareholders and retirement plan participants. Putnam offers over 100 mutual funds as well as retirement products such as IRAs and 401(k)s, 529 accounts, and variable annuities and other insurance products.

10.     During the course of Putnam's long-time and continuous use of the PUTNAM mark, it has developed a broad family of PUTNAM marks in conjunction with the growth of it business. As a result, today the PUTNAM mark and Putnam's related family of PUTNAM marks are very well known for a wide range financial services. To wit, the family of PUTNAM service marks and trademarks now includes such marks as

3

PUTNAM INVESTMENTS, PUTNAM MUTUAL FUNDS, MY PUTNAM, PUTNAM ADVISOR, PUTNAM MANAGEMENT, and PUTNAM BROKER (collectively the "Putnam Marks").

11. Putnam also owns a family of PUTNAM domain names, including such domain names as Putnam.com, PutnamInvestments.com, MyPutnam.com, PutnamAdvisor.com, PutnamBroker.com, PutnamMutualFunds.com, PutnamFunds.com, and PutnamServices.com (the "Putnam Domain Names").

12. Putnam, its affiliates, and its licensees offer under the family of Putnam Marks and Putnam Domain Names an extensive range of financial, investment management, retirement and related services in all of the traditional channels of trade in which such services are offered, including via the Internet.

13. Long before the acts herein complained of, the PUTNAM mark and the rest of the family of Putnam Marks have, through extensive advertising, promotion, and the substantial sales of services in this District and throughout the United States under these marks, become famous and associated by the public with Putnam.

14. Putnam invests substantial sums marketing the Putnam Marks and the Putnam Domain Names through popular and financial media, on the Internet, through third-party brokers and other marketing avenues. Indeed, in the last three years alone, Putnam has spent over $90 million marketing the goods and services it provides under the Putnam Marks.

15. The Putnam Marks and Putnam Domain Names represent enormous good will that belongs exclusively to Putnam. Accordingly, the Putnam

Marks, and each of the distinctive marks comprising that family, as well as the Putnam Domain Names, are extremely valuable assets of PUTNAM.

### SpeedTrader's Unlawful Activities

16. SpeedTrader recently commenced using the names and marks PUTNAM DIRECT and PUTNAM FINANCIAL (the "Infringing Marks"), as well as the domain names PutnamDirect.com and PutnamFinancial.com (the "Infringing Domain Names"), in connection with SpeedTrader's direct access online brokerage and related services.

17. The Infringing Marks and the Infringing Domain Names appropriate and feature Putnam's famous PUTNAM mark.

18. SpeedTrader adopted and began using the Infringing Marks and Infringing Domain Names without the knowledge, authorization, or consent of Putnam.

19. SpeedTrader adopted and began using the Infringing Marks and Domain Names with full awareness of the enormous good will that Putnam has developed in the Putnam Marks, and with an intent to profit or otherwise gain from the good will and reputation of such marks.

### Irreparable Harm To Putnam

20.     Speed Trader's use of the Infringing Mark and the Infringing Domain Name has caused, and likely will continue to cause, customer and consumer confusion, as customers and potential customers encountering the Infringing Marks and the Infringing Domain Names have believed, and are likely to continue to believe, that SpeedTrader and/or its services are affiliated with or endorsed by Putnam, its affiliates, or its licensees.

21.     Speed Trader's use of the Infringing Marks and the Infringing Domain Names has caused and is likely to continue to cause confusion among brokers and financial advisors, who constitute an important sales channel for Putnam products and services, in that brokers and financial advisors who have encountered the Infringing Mark and the infringing Domain Name have believed, and are likely to continue to believe, that defendant and/or its services are affiliated with or endorsed by Putnam or its affiliates.

22.     SpeedTrader's use of the Infringing Marks and Domain Names has diluted and likely will continue to dilute the strength of Putnam's PUTNAM mark and the other members of the family of Putnam Marks, in that SpeedTrader's use of the Infringing Marks has blurred the considerable source-identifying powers and/or tarnished the extraordinary reputation of Putnam and the Putnam Marks.

23.     SpeedTrader's acts are causing Putnam irreparable injury for which Putnam has no adequate remedy at law.

## FIRST CLAIM FOR RELIEF
### (Unfair Competition And False Designation Of Origin Under Section 43(a) Of The Lanham Act)

24.     Putnam hereby realleges and incorporates herein the allegations set forth in paragraphs 1 through 23 of this Complaint.

25.     SpeedTrader's use of the Infringing Mark and the Infringing Domain Name violates Putnam's rights in the Putnam Marks in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

26.     SpeedTrader's use of the Infringing Marks and the Infringing Domain Name constitutes a false designation of origin in commerce in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

27.     Putnam has suffered and will continue to suffer irreparable harm as a result of such violations of law for which there is no adequate remedy at law.

## SECOND CLAIM FOR RELIEF
### (Service Mark Dilution Under Section 43(c) Of The Lanham Act)

28.     Putnam hereby realleges and incorporates herein the allegations set forth in paragraphs 1 through 27 of this Complaint.

29.     Putnam's PUTNAM mark and the remainder of its family of Putnam Marks are distinctive of Putnam's services, and are famous as a result of Putnam's extensive advertising, promotion, use, sale, charitable contributions, and offering of services under the Putnam mark and the rest of the family of Putnam Marks, and their widespread recognition by the relevant consuming public and their association with Putnam.

7

30. SpeedTrader's use of the Infringing Marks and the Infringing Domain Name began after Putnam's PUTNAM mark and the remainder family of Putnam Marks became famous.

31. SpeedTrader's use of the Infringing Marks and the Infringing Domain Name has diluted and likely will continue to dilute the distinctive quality and value of Putnam's PUTNAM mark and the remainder of the family of Putnam Marks in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

32. Putnam has suffered and will continue to suffer irreparable harm as a result of such violations of law for which there is no adequate remedy at law.

### THIRD CLAIM FOR RELIEF
### (Cybersquatting Under Section 43(d) Of The Lanham Act)

33. Putnam hereby realleges and incorporates herein the allegations set forth in paragraphs 1 through 32 of this Complaint.

34. SpeedTrader's conduct complained of herein constitutes a violation of the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

35. SpeedTrader's registration and use of the Infringing Domain Name was undertaken in bad faith with the intent to profit from Putnam's PUTNAM mark and the remainder of Putnam's family of Putnam Marks.

36. Putnam has suffered and will continue to suffer irreparable harm as a result of such violations of law for which there is no adequate remedy at law.

## FOURTH CLAIM FOR RELIEF
### (Service Mark Infringement Under Mass. GEN. L. CH. 110B)

37. Putnam hereby realleges and incorporates herein the allegations set forth in paragraphs 1 through 36 of this Complaint.

38. SpeedTrader's use of the Infringing Marks and the Infringing Domain Name have confused and likely will continue to cause confusion with Putnam's PUTNAM mark and the remainder of Putnam's family of Putnam Marks, thereby constitutes service mark infringement in violation of Mass. Gen. L. C. 110B.

39. Putnam has suffered and will continue to suffer irreparable harm as a result of such violations of law for which there is no adequate remedy at law.

## FIFTH CLAIM FOR RELIEF
### (Dilution Under Mass. Gen. L. C. 110B)

40. Putnam hereby realleges and incorporates herein the allegations set forth in paragraphs 1 through 39 of this Complaint.

41. SpeedTrader's use of the Infringing Marks and the Infringing Domain Name have diluted and likely will continue to dilute the distinctive nature and quality of Putnam's PUTNAM mark and the remainder of Putnam's family of Putnam Marks in violation of Mass. Gen. L. C. 110B.

42. Putnam has suffered and will continue to suffer irreparable harm as a result of such violations of law for which there is no adequate remedy at law.

### SIXTH CLAIM FOR RELIEF
(Common Law Trademark Infringement)

43. Putnam hereby realleges and incorporates herein the allegations set forth in paragraphs 1 through 42 of this Complaint.

44. SpeedTrader's use of the Infringing Marks and the Infringing Domain Name have confused and likely will continue to cause confusion with Putnam's PUTNAM mark and the remainder of Putnam's family of Putnam Marks, thereby constituting trademark infringement in violation of the common law of the Commonwealth of Massachusetts.

45. Putnam has suffered and will continue to suffer irreparable harm as a result of such violations of law for which there is no adequate remedy at law.

### SEVENTH CLAIM FOR RELIEF
(Common Law Unfair Competition)

46. Putnam hereby realleges and incorporates herein the allegations set forth in paragraphs 1 through 45 of this Complaint.

47. SpeedTrader has violated the principles of the common law of unfair competition by trading on the good will of Putnam, competing unfairly, and by, among other things, creating a false association between SpeedTrader and Putnam.

48. The foregoing acts of SpeedTrader constitute unfair competition under the common law of the Commonwealth of Massachusetts.

49. Putnam has suffered and will continue to suffer irreparable harm as a result of such unfair competition for which there is no adequate remedy at law.

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiff Putnam prays that the Court:

A.   Preliminarily and permanently enjoin SpeedTrader, its agents, servants, directors, principals, officers, employees, successors, assigns, and all those acting under its control or the control of its subsidiaries, affiliates or divisions and/or on its behalf and/or in concert, from using the name and mark PUTNAM alone or in combination with any other words, phrases and/or designs, including without limitation, the "PutnamDirect.com" and "PutnamFinancial.com" domain names and any other domain name containing the term "Putnam" for and/or in connection with an Internet web site, for electronic mail, or for any other purpose, and from otherwise infringing and diluting the distinctive quality of Putnam's PUTNAM mark or any of the rest of the famous family of Putnam Marks;

B.   Order that SpeedTrader transfer control over the "PutnamDirect.com" and "PutnamFinancial.com" domain name and any other domain name containing the term "Putnam" to Putnam, and cooperate as is necessary to ensure such transfer is quickly and fully effected;

C.   Order that SpeedTrader cease operating business under the name "Putnam Direct, Inc." and "Putnam Financial, Inc." or any other name containing the term "Putnam", or any other name confusingly similar thereto;

D.   Direct SpeedTrader or their attorneys to file with this Court and serve upon Putnam's counsel within ten (10) days of entry of Judgment a report in writing under oath setting forth in detail the manner and form in which SpeedTrader has complied with the requirements of the Court's Judgment;

11

E. Order that Putnam be awarded:

(1) All of SpeedTrader's profits, gains, and advantages derived from SpeedTrader's unauthorized appropriation of Putnam's PUTNAM mark as part of SpeedTrader's name to designate SpeedTrader's products and services;

(2) Statutory damages pursuant to the Lanham Act; and

(3) All of Putnam's costs in this action, including Putnam's reasonable attorneys' fees and expenses;

F. Order that Putnam be awarded enhanced damages under the Lanham Act and Mass. Gen. L. 110B in an amount not to exceed three times actual damages; and

G. Order that Putnam be awarded such other and further relief as the Court deems just and proper.

Dated: February 2, 2005
Boston, Massachusetts

Respectfully submitted,

_____
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Plaintiff Putnam, LLC

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED IN CLERK'S OFFICE**
2005 FEB -2 P 3: 49
U.S. DISTRICT COURT
DISTRICT OF MASS

**05 CV 10211 RCL**

### I. (a) PLAINTIFFS
PUTNAM, LLC
(d/b/a PUTNAM INVESTMENTS)

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address and Telephone Number)
James R. Carroll
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

### DEFENDANTS
SPEEDTRADER HOLDING CORP., SPEEDTRADER.COM INC., PUTNAM DIRECT LLC, and PUTNAM FINANCIAL INC.

County of Residence of First Listed Defendant Putnam, New York
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **HABEAS CORPUS:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS -Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. § 1121; 28 U.S.C. §§ 1332, 1338(a)

Brief description of cause:
Trademark Infringement; Dilution; Cybersquatting; Unfair Competition

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ N/A
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: February 2, 2005
SIGNATURE OF ATTORNEY OF RECORD: /s/ James R. Carroll

**FOR OFFICE USE ONLY**
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

American LegalNet, Inc. | www.USCourtForms.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Putnam, LLC v. SpeedTrader Holding Corp.__

    FILED IN CLERKS OFFICE
    2005 FEB -2 P 3: 49
    U.S. DISTRICT COURT
    DISTRICT OF MASS.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ☐  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ☑  II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.      for patent, trademark or copyright cases

    ☐  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

    ☐  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

    ☐  V.   150, 152, 153.

    **05  10211  RCL**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    None

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

    YES ☐   NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

    YES ☐   NO ☑

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

    YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

    YES ☐   NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

    YES ☐   NO ☑

    A. If yes, in which division do all of the non-governmental parties reside?

       Eastern Division ☐    Central Division ☐    Western Division ☐

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

       Eastern Division ☑    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

    YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   James R. Carroll
ADDRESS   Skadden, Arps, Slate, Meagher & Flom LLP, One Beacon Street, Boston, MA  02108
TELEPHONE NO.   (617) 573-4800

(Coversheetlocal.wpd - 10/17/02)