UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -2 P 3: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

---------------------------------- x

PUTNAM, LLC (d/b/a PUTNAM INVESTMENTS),

    Plaintiff,

v.

SPEEDTRADER HOLDING CORP., SPEEDTRADER.COM INC., PUTNAM DIRECT LLC, and PUTNAM FINANCIAL INC.,

    Defendants.

---------------------------------- x

Civil Action No.

05 10211 RCL

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF PUTNAM, LLC

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3, Putnam, LLC, hereby submits the following corporate disclosure statement:

    Putnam, LLC ("Putnam"), Delaware corporation, is an indirect subsidiary of Marsh & McLennan Companies ("MMC"). MMC is a publicly-owned holding company traded on the New York Stock Exchange. MMC has no corporate parent, and no publicly-held company owns 10% or more of its stock.

Dated: February 2, 2005
Boston, Massachusetts

Respectfully submitted,

_James R. Carroll_ (signature)
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Plaintiff Putnam, LLC