B 151— Affidavit of Service of Summons or Subpoena: Personal or Alternative
Methods: Corp. or Ind.: Military Service, 10 pt. type, 1-95

© 1988 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

**Blumbergs Law Products**

COURT   UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COUNTY OF

PUTNAM, LLC
(d/b/a PUTNAM INVESTMENTS)

*Plaintiff(s)*

*against*

SPEEDTRADER HOLDING CORP., SPEEDTRADER.COM INC.
PUTNAM DIRECT LLC, AND PUTNAM FINANCIAL INC.

*Defendant(s)*

*Index No.* 05 CV 10211 RCL

*AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)*

IN A CIVIL CASE, COMPLAINT FOR
PRELIMINARY AND PERMANENT INJUNCTIVE
RELIEF, DAMAGES, COSTS, AND
ATTORNEY'S FEES

STATE OF NEW YORK, COUNTY OF   NEW YORK      SS:   The undersigned, being duly sworn, deposes and says; deponent is not a
party herein, is over 18 years of age and resides at  WAYNE, NEW JERSEY
That on   2/3/05                at 1:27  P.M., at 1717 ROUTE 6, CARMEL, NEW YORK
deponent served the within summons, *and complaint on*                                                        defendant therein named,
IN A CIVIL CASE, COMPLAINT FOR                    SPEEDTRADER.COM INC.
PRELIMINARY AND PERMANENT INJUNCTIVE
RELIEF, DAMAGES, COSTS, AND ATTORNEY'S
FEES

| | |
|---|---|
| INDIVIDUAL<br>1. ☐ | by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein. |
| CORPORATION<br>2. ☒ | a  DOMESTIC                 corporation, by delivering thereat a true copy *of each* to    GUY GENTILE<br>personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be    MANAGING AGENT          thereof. |
| SUITABLE AGE PERSON<br>3. ☐ | by delivering thereat a true copy *of each* to                                       a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state. |
| AFFIXING TO DOOR, ETC.<br>4. ☐ | by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there |

| | |
|---|---|
| MAILING TO RESIDENCE USE WITH 3 OR 4<br>5A. ☐ | Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at                                          and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. |
| MAILING TO BUSINESS USE WITH 3 OR 4<br>5B. ☐ | Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at<br>in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant. |

DESCRIPTION
USE WITH
1, 2, OR 3

☒

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☒ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

USE IN
NYC CIVIL CT.
☐

The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

MILITARY
SERVICE
☐

I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
2/4/05

JOHN DICANIO
Notary Public, State of New York
No. 01-DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2007

PRINT NAME BENEATH SIGNATURE
PETER FELDMAN

License No. 797824

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

PUTNAM, LLC
(d/b/a PUTNAM INVESTMENTS),

Plaintiff,

V.

SPEEDTRADER HOLDING CORP.,
SPEEDTRADER.COM INC., PUTNAM DIRECT LLC,
and PUTNAM FINANCIAL INC.,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05cv 10211 RCL

TO: (Name and address of Defendant)

SPEEDTRADER.COM INC.
1717 Route 6, Suite 101
Carmel, NY 10512

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Carroll
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

FEB - 2 2005

CLERK                                                              DATE

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

✎ AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

    Name of person with whom the summons and complaint were _____

☐ Returned _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____     _____
                    Date                      *Signature of Server*



                              _____
                              *Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.