UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR -4  P 3: 0b

U.S. DISTRICT COURT
DISTRICT OF MASS.

------------------------------ x

PUTNAM, LLC (d/b/a PUTNAM
INVESTMENTS),                          :

                                       :

                    Plaintiff,

                                       :   Civil Action
          v.                               No. 05-10211-RCL

                                       :

SPEEDTRADER HOLDING CORP.,
SPEEDTRADER.COM INC., PUTNAM            :
DIRECT LLC, and PUTNAM
FINANCIAL INC.,
                                       :

Defendants.                            :

------------------------------ x

## ASSENTED TO MOTION FOR ENTRY OF
## ORDER OF PERMANENT INJUNCTION

Plaintiff Putnam, LLC ("Putnam") hereby respectfully moves for entry of

a permanent injunction in the form attached hereto as Exhibit B against defendants

SpeedTrader Holding Corp., SpeedTrader.com Inc., and Putnam Financial Inc.

("SpeedTrader"). As grounds for this motion, Putnam states as follows:

1.    Putnam filed a complaint in this action seeking preliminary and

permanent injunctive relief on February 2, 2005.

2.    Putnam and SpeedTrader reached an agreement as to the resolution

of this matter on February 9, 2005, the terms of which are set forth in the February 25,

2005, letter agreement attached hereto at Exhibit A (the "Letter Agreement").

3.    In the Letter Agreement, SpeedTrader assented to the filing of this

motion and agreed to the entry of the Order Of Permanent Injunction attached hereto as

Exhibit B.

4.    WHEREFORE, Putnam respectfully requests that its motion for entry of the attached Order Of Permanent Injunction be granted, and for such other relief as the Court deems just and proper.

## CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

The undersigned hereby certifies that counsel for Putnam have conferred with SpeedTrader regarding the filing of this motion, and SpeedTrader has assented to the relief sought herein.

Dated:  March 4, 2005                              Respectfully submitted,

James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Plaintiff Putnam, LLC

## CERTIFICATE OF SERVICE

I, James R. Carroll, hereby certify that on March 4, 2005 I caused a true copy of the foregoing Plaintiff Putnam, LLC's Assented To Motion For Entry Of Order Of Permanent Injunction to be served by first class mail, postage prepared, upon defendants SpeedTrader Holding Corp., SpeedTrader.com Inc., and Putnam Financial Inc. at 1717 Route 6, Suite 101, Carmel New York, 10512.

Dated:  March 4, 2005                              

James R. Carroll

2

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE BEACON STREET

BOSTON, MASSACHUSETTS 02108-3194

―――

TEL: (617) 573-4800

FAX: (617) 573-4822

www.skadden.com

FIRM/AFFILIATE OFFICES
―――
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
NEW YORK
PALO ALTO
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
―――
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

February 25, 2005

BY FACSIMILE

Mr. Guy Gentile
Chief Executive Officer
SpeedTrader Holding Corp.
1717 Route 6, Suite 101
Carmel, NY 10512

Re:    PutnamDirect.com

Dear Mr. Gentile:

This letter follows up our recent conversations and your facsimiles of February 17 and 23, 2005.

You represented that SpeedTrader Holding Corp., SpeedTrader.com Inc., and Putnam Financial Inc. (the "Defendants") had ceased all uses of any names, marks, domain names, and keywords consisting of or including the term "Putnam", including, without limitation, ceasing use of the names and marks "Putnam Direct", "PutnamDirect.com", "Putnam Financial", "1st Putnam Financial", as well as the domain names PutnamDirect.com, PutnamFinancial.com, and 1stPutnamFinancial.com. You have further represented that, as of date of this letter, the Defendants had caused all domain names registered by the Defendants, their parents, affiliates, subsidiaries, predecessors, administrators, assigns, officers, directors, agents, employees or representatives that consist of or include the term "Putnam", including, without limitation the domain names PutnamDirect.com, PutnamFinancial.com, and 1stPutnamFinancial.com, to be cancelled. You have also represented that you do not own, have an interest in, have an affiliation with, act as a principal in, or have any other relationship with Putnam Direct, LLC.

In light of these representations, and our subsequent conversations, set forth below are the further revised terms of a settlement acceptable to Putnam, LLC ("Putnam"). If accepted by Defendants, Putnam will withdraw its complaint without prejudice to re-file it in the event that Putnam discovers that Defendants' representations set forth above were false at the time they were made, or Defendants fail to meet the obligations set forth below.

Mr. Guy Gentile
February 25, 2005
Page 2

      1.    Defendants shall immediately cancel any applications, registrations or reservations for names, corporate names, or marks consisting of or including the term "Putnam", including, without limitation, the corporate names Putnam Financial Inc., and 1st Putnam Financial with the Secretary of State's Office, the NASD, or any other governmental or administrative authority or exchange.

      2.    The Defendants, their parents, affiliates, subsidiaries, predecessors, successors, administrators, assigns, stockholders, officers, directors, agents, employees or representatives, all persons acting in concert or participation with the Defendants, and/or acting on their behalf or at their direction, shall not, at any time after the date of this letter use in commerce the term "Putnam" alone or in combination with any other words, terms, names, symbols, and/or device in connection with goods or services other than realty services.

      3.    The Defendants agree to the filing of the Assented To Motion For Entry Of Order Of Permanent Injunction attached hereto as Exhibit J and the entry of the Order Of Permanent Injunction attached thereto as Exhibit B.

      Please have your client demonstrate Defendants' ratification of the representations set forth above, as well as Defendants' acceptance of the foregoing terms, by signing and returning to me a countersigned copy of this letter, and keep a duplicate for your files.

                        Very truly yours,

                        James R. Carroll

Attachments

Accepted and agreed:

SpeedTrader Holding Corp.

      By: _____

      Title:_____

      Date: _____

Mr. Guy Gentile
February 25, 2005
Page 3

SpeedTrader.com Inc.

     By: _____

     Title:_____

     Date: _____

Putnam Financial Inc.

     By: _____

     Title:_____

     Date: _____

HR-3-2005  12:41P FROM:                                    TU:161 757 34822          P:1/3

Mar-01-2005  03:22pm   From-SUPPORT SERVICES SASMF BOSTON        617-725-5480        T-184   P.002/011   F-072

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE BEACON STREET
BOSTON, MASSACHUSETTS 02108-3194

TEL (617) 573-4800
FAX: (617) 573-4822
www.skadden.com

February 25, 2005

ASSOCIATED OFFICES
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
NEW YORK
PALO ALTO
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

<u>BY FACSIMILE</u>

Mr. Guy Gentile
Chief Executive Officer
SpeedTrader Holding Corp.
1717 Route 6, Suite 101
Carmel, NY 10512

      Re:    <u>PutnamDirect.com</u>

Dear Mr. Gentile:

This letter follows up our recent conversations and your facsimiles of February 17 and 23, 2005.

You represented that SpeedTrader Holding Corp., SpeedTrader.com Inc., and Putnam Financial Inc. (the "Defendants") had ceased all uses of any names, marks, domain names, and keywords consisting of or including the term "Putnam", including, without limitation, ceasing use of the names and marks "Putnam Direct", "PutnamDirect.com", "Putnam Financial", "1st Putnam Financial", as well as the domain names PutnamDirect.com, PutnamFinancial.com, and 1stPutnamFinancial.com. You have further represented that, as of date of this letter, the Defendants had caused all domain names registered by the Defendants, their parents, affiliates, subsidiaries, predecessors, administrators, assigns, officers, directors, agents, employees or representatives that consist of or include the term "Putnam", including, without limitation the domain names PutnamDirect.com, PutnamFinancial.com, and 1stPutnamFinancial.com, to be cancelled. You have also represented that you do not own, have an interest in, have an affiliation with, act as a principal in, or have any other relationship with Putnam Direct, LLC.

In light of these representations, and our subsequent conversations, set forth below are the further revised terms of a settlement acceptable to Putnam, LLC ("Putnam"). If accepted by Defendants, Putnam will withdraw its complaint without prejudice to re-file it in the event that Putnam discovers that Defendants' representations set forth above were false at the time they were made, or Defendants fail to meet the obligations set forth below.

Mr. Guy Gentile
February 25, 2005
Page 2


    1.  Defendants shall immediately cancel any applications, registrations or reservations for names, corporate names, or marks consisting of or including the term "Putnam", including, without limitation, the corporate names Putnam Financial Inc., and 1" Putnam Financial with the Secretary of State's Office, the NASD, or any other governmental or administrative authority or exchange.

    2.  The Defendants, their parents, affiliates, subsidiaries, predecessors, successors, administrators, assigns, stockholders, officers, directors, agents, employees or representatives, all persons acting in concert or participation with the Defendants, and/or acting on their behalf or at their direction, shall not, at any time after the date of this letter use in commerce the term "Putnam" alone or in combination with any other words, terms, names, symbols, and/or device in connection with goods or services other than realty services.

    3.  The Defendants agree to the filing of the Assented To Motion For Entry Of Order Of Permanent Injunction attached hereto as Exhibit 1 and the entry of the Order Of Permanent Injunction attached thereto as Exhibit B.

    Please have your client demonstrate Defendants' ratification of the representations set forth above, as well as Defendants' acceptance of the foregoing terms, by signing and returning to me a countersigned copy of this letter, and keep a duplicate for your files.


             Very truly yours,

             James R. Carroll


Attachments

Accepted and agreed:

SpeedTrader Holding Corp.

By: _____

Title: __Presiden t__

Date: __2/3/05__

Mar-01-2005  09:23pm  From-SUPPORT SERVICES SASWF BOSTON  617-725-6499  T-164  P.004/011  F-072

Mr. Guy Gennle
February 25, 2005
Page 3

SpeedTrader.com Inc.

By: _____

Title: ____President_____

Date: _____2/3/65_____

Putnam Financial Inc.

By: _____

Title: _____

Date: _____2/3/05_____

# Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    X

PUTNAM, LLC (d/b/a PUTNAM                    :
INVESTMENTS),

                                                 :

                 Plaintiff,

                                        :    Civil Action
          v.                                                                   No. 05-10211-RCL

                                                 :

SPEEDTRADER HOLDING CORP.,
SPEEDTRADER.COM INC., PUTNAM          :
DIRECT LLC, and PUTNAM
FINANCIAL INC.,                                          :

Defendants.                                                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    X

**ASSENTED TO  MOTION FOR ENTRY OF
<u>ORDER OF PERMANENT INJUNCTION</u>**

Plaintiff Putnam, LLC ("Putnam") hereby respectfully moves for entry of

a permanent injunction in the form attached hereto as Exhibit A against defendants

SpeedTrader Holding Corp., SpeedTrader.com Inc., and Putnam Financial Inc.

("SpeedTrader").  As grounds for this motion, Putnam states as follows:

        1.     Putnam filed a complaint in this action seeking preliminary and

permanent injunctive relief on February 2, 2005.

        2.     Putnam and SpeedTrader reached an agreement as to the resolution

of this matter on February 9, 2005, the terms of which are set forth in the February 25,

2005, letter agreement attached hereto at Exhibit A (the "Letter Agreement").

        3.     In the Letter Agreement, SpeedTrader assented to the filing of this

motion and agreed to the entry of the Order Of Permanent Injunction attached hereto as

Exhibit B.

4.    WHEREFORE, Putnam respectfully requests that its motion for

entry of the attached Order Of Permanent Injunction be granted, and for such other relief

as the Court deems just and proper.

## CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

The undersigned hereby certifies that counsel for Putnam have conferred

with SpeedTrader regarding the filing of this motion, and SpeedTrader has assented to the

relief sought herein.


Dated:  February __, 2005                        Respectfully submitted,


                                                 _____
                                                 James R. Carroll (BBO #554426)
                                                 SKADDEN, ARPS, SLATE,
                                                  MEAGHER & FLOM LLP
                                                 One Beacon Street
                                                 Boston, Massachusetts 02108
                                                 (617) 573-4800

                                                 Counsel for Plaintiff Putnam, LLC


## CERTIFICATE OF SERVICE

I, James R. Carroll, hereby certify that on February __, 2005 I caused a
true copy of the foregoing Plaintiff Putnam, LLC's Motion For Preliminary Injunction to
be served by First Class Mail upon defendants SpeedTrader Holding Corp.,
SpeedTrader.com Inc., and Putnam Financial Inc. at 1717 Route 6, Suite 101, Carmel
New York, 10512.


Dated:  February __, 2005              _____
                                      James R. Carroll


2

# Exhibit A

Executed Copy of February 25, 2005 Settlement Letter

# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

PUTNAM, LLC (d/b/a PUTNAM            :
INVESTMENTS),

                                     :

              Plaintiff,

                                     :   Civil Action
        v.                               No. 05-10211-RCL

                                     :

SPEEDTRADER HOLDING CORP.,
SPEEDTRADER.COM INC., PUTNAM         :
DIRECT LLC, and PUTNAM
FINANCIAL INC.,                      :

Defendants.                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

## <u>ORDER OF PERMANENT INJUNCTION</u>

IT IS HEREBY ORDERED that defendants SpeedTrader Holding Corp.,

SpeedTrader.com Inc., and Putnam Financial Inc., their parents, affiliates, subsidiaries,

predecessors, successors, administrators, assigns, stockholders, officers, directors, agents,

employees or representatives, all persons acting in concert or participation with

SpeedTrader Holding Corp., SpeedTrader.com Inc., and Putnam Financial Inc., and/or

acting on their behalf or at their direction (collectively, "SpeedTrader"), are permanently

enjoined from using in commerce the term "Putnam" alone or in combination with any

other words, terms, names, symbols, and/or device in connection with goods or services

other than realty services.

Dated: February __, 2005

                                   _____
                                   Reginald C. Lindsay
                                   United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - -   x

PUTNAM, LLC (d/b/a PUTNAM                    :
INVESTMENTS),

                                                          :

                     Plaintiff,

                                                          :    Civil Action
              v.                                                      No. 05-10211-RCL

                                                             :

SPEEDTRADER HOLDING CORP.,
SPEEDTRADER.COM INC., PUTNAM        :
DIRECT LLC, and PUTNAM
FINANCIAL INC.,                                      :

Defendants.                                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - -   x

## <u>ORDER OF PERMANENT INJUNCTION</u>

     IT IS HEREBY ORDERED that defendants SpeedTrader Holding Corp.,

SpeedTrader.com Inc., and Putnam Financial Inc., their parents, affiliates, subsidiaries,

predecessors, successors, administrators, assigns, stockholders, officers, directors, agents,

employees or representatives, all persons acting in concert or participation with

SpeedTrader Holding Corp., SpeedTrader.com Inc., and Putnam Financial Inc., and/or

acting on their behalf or at their direction (collectively, "SpeedTrader"), are permanently

enjoined from using in commerce the term "Putnam" alone or in combination with any

other words, terms, names, symbols, and/or device in connection with goods or services

other than realty services.

Dated: March __, 2005

                                                   _____
                                                   Reginald C. Lindsay
                                                   United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CLERK'S NOTICE


This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.