UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------ x

PUTNAM, LLC (d/b/a PUTNAM    :
INVESTMENTS),
                             :
         Plaintiff,
                             :  Civil Action
     v.                         No. 05-10211-RCL
                             :
SPEEDTRADER HOLDING CORP.,
SPEEDTRADER.COM INC., PUTNAM :
DIRECT LLC, and PUTNAM
FINANCIAL INC.,              :

Defendants.                  :

------------------------------ x

## ORDER OF PERMANENT INJUNCTION

IT IS HEREBY ORDERED that defendants SpeedTrader Holding Corp., SpeedTrader.com Inc., and Putnam Financial Inc., their parents, affiliates, subsidiaries, predecessors, successors, administrators, assigns, stockholders, officers, directors, agents, employees or representatives, all persons acting in concert or participation with SpeedTrader Holding Corp., SpeedTrader.com Inc., and Putnam Financial Inc., and/or acting on their behalf or at their direction (collectively, "SpeedTrader"), are permanently enjoined from using in commerce the term "Putnam" alone or in combination with any other words, terms, names, symbols, and/or device in connection with goods or services other than realty services.

Dated: March 7, 2005

_____
Reginald C. Lindsay
United States District Judge