**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_Putnam, LLC_____
              Plaintiff

                                        CIVIL ACTION

            V.                          NO. _05 CV 10211_

_Speedtrader Holder Corp, et al._
              Defendant

## ORDER RETURNING PLEADINGS

_Lindsay_____ D.J.

On _2/22/05_____ the Clerk received your _Answer to Complaint and exhibits_____ for filing in the above-entitled action, however, it is hereby ORDERED that the above document(s) be returned for the reason(s) checked below:

( )  The certificate of service does not conform to Local Rule 5.2(b)(2) because it is not on the bottom of, or in the margin, of the last page of the paper to which it relates or is not single-spaced.

( )  The papers or documents do not conform to Local Rule 5.1(a) because:

   ( )  Board of Bar Overseers Registration Number has not been provided.
   ( )  8 1/2" x 11" paper has not been used.
   ( )  A backer is attached.
   ( )  The documents are not properly bound.
   ( )  The text is not double-spaced.
   ( )  The discovery request or response text is not single-spaced.

( )  Motion to amend to add party is not accompanied by certificate regarding service on new party pursuant to Local Rule 15.1(B).

( )  Discovery documents are not to be filed with the Court pursuant to Local Rule 26.6(A).

( )  The discovery motion(s) is/are not accompanied by the certification of personal consultation required by Local Rule 7.1(A)(2), 26.2(C) and 37.1(B).

(✓)  Other _Pleading does not conform to Fed. R. C. P. 10(b)_

_3/14/05_____                    _Reginald C. Lindsay_____
   DATE                             UNITED STATES DISTRICT JUDGE

                                    Signed by Deputy Clerk: Don Stanhope
                                                            [o.]

(Retndocs.ord - 09/92)