UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------ x
PUTNAM, LLC (d/b/a PUTNAM :
INVESTMENTS),
  :
       Plaintiff,              Civil Action
   v.                         :             No. 05-10211-RCL

SPEEDTRADER HOLDING CORP., :
SPEEDTRADER.COM INC., PUTNAM DI-
RECT LLC, and PUTNAM FINANCIAL :
INC.,
  :
       Defendants.       :
------------------------------ x

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff Putnam, LLC (d/b/a Putnam Investments) hereby dismisses the above-captioned action without prejudice.

Dated: March 28, 2005
      Boston, Massachusetts

Respectfully submitted,

_____
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Plaintiff
Putnam, LLC